[No. 57949-5-I.   Division One.   March 31, 2008.]

*In the Matter of the Marriage of* VIJAY PATEL, *Appellant,* and ANA PAULA BARROSO, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-3-02209-0, Glenna Hall, J., entered February 27, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 59127-4-I.   Division One.   March 31, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES JAMES WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-11631-1, Michael J. Fox, J., entered November 6, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59146-1-I.   Division One.   March 31, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL SCOTT LATOURETTE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-01138-4, Sharon S. Armstrong, J., entered November 13, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 59245-9-I.   Division One.   March 31, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ALLEN RIDEAUX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-06150-9, Andrea A. Darvas, J., entered November 9, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Lau, J.